**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING MOTION FOR PRETRIAL** |
| | ) | **RELEASE WITHOUT PREJUDICE** |
| vs. | ) | |
| | ) | |
| Desiraey Amber Bolman, | ) | Case No. 1:20-cr-068 |
| | ) | |
| Defendant. | ) | |

Defendant was previously ordered detained pending further order of the court.  She is presently being housed at the McLean County Jail.

On April 8, 2021, defendant filed a Motion for Pretrial Release.  (Doc No. 613).  She requests to be conditionally released to attend an inpatient treatment program at Summit Counseling Services in Williston, North Dakota.  She stresses that she had now endured an extended period of forced sobriety.  She further advises that neither the United States nor the State object to her release for treatment.

The court is inclined to release defendant for treatment provided that Summit has space available for her.  However, as it is unclear whether Summit presently has space available for her or how she would get to Summit if released, her motion (Doc. No. 613) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated this 19th day of April, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court